## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 21, 2026

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 24-12784-AA
Case Style: John Owoc, et al v. Blast Asset Acquisition, LLC.
District Court Docket No: 0:23-cv-61382-AHS
Secondary Case Number: 0:23-01051-PDR

The referenced appeal was dismissed.

Appellant's motion to reinstate this appeal has been granted by the clerk.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

REINST-2 Clerk Reinst_Mot Granted

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-12784-AA

_____

In re: VITAL PHARMACEUTICALS, INC.,

                             Debtor.

_____

JOHN H. OWOC,
MEGAN E. OWOC,

                             Plaintiffs - Appellants,

versus

VITAL PHARMACEUTICALS, INC. et al.,

                             Defendants,

BLAST ASSET ACQUISITION, LLC.,

                             Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: The motion to reinstate appeal is GRANTED. The appeal is reinstated by the clerk, effective January 21, 2026.

                             DAVID J. SMITH
            Clerk of Court of the United States Court
              of Appeals for the Eleventh Circuit

                                          FOR THE COURT - BY DIRECTION